*E-Filed 8/6/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFF B. GRAVES and LYNN T. VO, | No. 5:09 CV 2666 RS |
| Plaintiffs, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| DOWNEY SAVINGS AND LOAN ASSOCIATION; DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; DSL SERVICE COMPANY; FCI LENDER SERVICES, INC.; CEDAR MORTGAGE COMPANY, INC.; MARGUERITE ANNE NOGOSEK; HAMID SARAYDARPOUR; and DOES 1-20 inclusive, | |
| Defendants. | |
| _____\ | |

Defendants Cedar Mortgage Company, Inc.; Marguerite Anne Nogosek; and Hamid Saraydarpour filed a motion to dismiss, docket [4] in the above-captioned matter. Similarly, defendant U.S. Bank National Association, successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A.; DSL Service Company,

CASE NO. 5:09 CV 2666 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

1  and FCI Lender Services, Inc., filed a motion to dismiss, docket [6] in the above-captioned matter.
2  Both motions are noticed for hearing on **August 26, 2009, at 9:30 a.m.**
3      In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or
4  declinations to magistrate judge jurisdiction no later than **August 14, 2009**.

6      IT IS SO ORDERED.

8  Dated:   8/6/09

   _____
   RICHARD SEEBORG
   UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 2666 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2