OFFICE OF THE GENERAL COUNSEL
ERIC M. ALDERETE, Cal Bar 199565
U.S. BANK NATIONAL ASSOCIATION
3121 Michelson Drive, 5th Floor
Irvine, CA  92612-1624
Telephone:  949-798-6781
Facsimile:  949-798-4258

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
DANA J. DUNWOODY, Cal. Bar No. 119696
ddunwoody@sheppardmullin.com
J. BARRETT MARUM, Cal. Bar No. 228628
bmarum@sheppardmullin.com
MOLLY R. NEWLAND Cal. Bar. No. 244928
mnewland@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA  92101-3598
Telephone:  619-338-6500
Facsimile:  619-234-3815

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION,
SUCCESSOR IN INTEREST TO THE FEDERAL
DEPOSIT INSURANCE CORPORATION AS
RECEIVER FOR DOWNEY SAVINGS AND
LOAN ASSOCIATION, F.A. AND FCI LENDER SERVICES, INC.

**E-Filed 1/7/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JEFF B. GRAVES AND LYNN T. VO,<br><br>    Plaintiffs,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; FCI LENDER SERVICES, INC.; CEDAR MORTGAGE COMPANY, INC.; MARGUERITE ANNE NOGOSEK; and DOES 1-20 inclusive,<br><br>    Defendants. | Case No.: C09-02666 JF<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER THEREON**<br><br>Judge: Hon. Jeremy Fogel<br><br>[Complaint Filed:  June 16, 2009]<br><br>[SAC Filed: Nov. 14, 2009] |

1 **TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civ. L. Rules 7-12 and 16-2(e), the parties hereby request that the Court continue the Case Management Conference, currently set for January 15, 2010, and all related deadlines, until some further date convenient to this Court.  This will allow the Court to rule on Defendants' Motion to Dismiss the Second Amended Complaint currently scheduled for hearing on January 22, 2010 before the Case Management Conference and allow the parties to set forth a more meaningful discovery plan.

Jointly stipulated to this 15th day of December 2009.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By ____/s/ Molly R. Newland____
DANA J. DUNWOODY
J. BARRETT MARUM
MOLLY R. NEWLAND
Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. AND FCI PENDER SERVICES, INC.

LANAHAN & REILLEY


By ____/s/ Michael J.M. Brook____
MICHAEL J.M. BROOK
Attorneys for Plaintiffs
JEFF B. GRAVES AND LYNN T. VO

CANNISTRACI LAW FIRM


By ____/s/ Sharonrose Cannistraci____
SHARONROSE CANNISTRACI
Attorneys for Defendants
CEDAR MORTGAGE COMPANY, INC. AND MAGUERITE ANNE NOGOSEK

-2-

1  **ORDER**

2
3    Upon the foregoing stipulation of the parties and good cause appearing therefore, the Court
4  hereby orders that the Case Management Conference currently set for January 15, 2010 and all
5  related deadlines are vacated.  The Case Management is continued to __January 22__, 2010
6  at 9:00 a.m. immediately following the hearing on the motions to dismiss.
7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8
9  **DATED:** 1/4/2010
10
11
12  _____
13  THE HONORABLE JEREMY FOGAL
    JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA